IN RE: MANDATORY CONTINUING EDUCATION for
CERTIFIED COURT REPORTERS

Supreme Court of Arkansas
Delivered June 17, 1999

P ER CURIAM. By per curiam order of April 8, 1999, we
adopted a mandatory continuing education requirement
for certified court reporters (Reporters). We appointed the
Director of the Office of Professional Programs (Director) as
administrator. The Board of Certified Court Reporter Examiners
(Board) and the Director propose that the reporters be divided
into three groups in order to ease implementation and future
administration of the program. The Board and the Director also
propose that programs given from July 1, 1999, through Decem-
ber 31, 1999, be subject to recognition for continuing education
credit. We agree.

Accordingly, reporters whose last names begin with the let-
ters A-G will have 10 hours due from January 1, 2000, through
December 31, 2000; reporters whose last names begin with the
letters H-N will have 20 hours due from January 1, 2000, through
December 31, 2001; and, reporters whose last names begin with
the letters O-Z will have 30 hours due from January 1, 2000,
through December 31, 2002. The Board is authorized to adjust
the initial reporting deadlines for individual court reporters, dur-
ing the implementation phase only, to avoid manifest injustice
such as a substantial discrepancy between the State deadline and a
national court reporter organization continuing education dead-
line. After the implementation period, each group of reporters
will be subject to the thirty (30) hour requirement every three
years, which will begin at the end of their respective initial report-
ing periods. Further, the Board, or an accreditation committee

appointed by the Board, may approve continuing education hours acquired between July 1, 1999, and December 31, 1999.